# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| **WORKLUTION, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:26-cv-357** |
| **v.** | ) | |
| | ) | **NOTICE OF REMOVAL** |
| **BROMIN7, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Bromin7, Inc. ("**Bromin7**"), by and through the undersigned counsel, hereby removes this action from the North Carolina Superior Court, Mecklenburg County, to the United States District Court for the Western District of North Carolina, Charlotte Division. Removal is based on diversity jurisdiction. In support of removal, Bromin7 respectfully shows the Court the following:

1.      On April 28, 2026, Plaintiff Worklution, Inc. ("**Worklution**") commenced a lawsuit against Bromin7 in the North Carolina Superior Court, Mecklenburg County, Case No. 26CV023635-590 (the "**State Court Action**").

2.      Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders served upon Bromin7 with respect to the State Court Action are attached as composite **Exhibit A**.

3.      Contemporaneously with its commencement of the State Court Action, Worklution's legal counsel on April 28, 2026, provided to Bromin7 a copy of its Verified Complaint and Motion for Temporary Restraining Order via e-mail. Worklution, by and through legal counsel, thereafter provided all subsequent papers included in Exhibit A to legal counsel for

1

Bromin7. Bromin7 has not yet received formal service of process of the State Court Action. Bromin7, however, obviously has all papers filed and issued in the State Court Action, including the Summons issued against it and the Verified Complaint and Motion for Temporary Restraining Order, and does not contest service of process but rather waives service of process.

4. Bromin7 is filing this Notice of Removal within 30 days of its receipt of the State Court Action, in accordance with 28 U.S.C. §§ 1441 and 1446.

5. Bromin7 is a New York corporation with its principal place of business in New York. Bromin7 is therefore a citizen of New York, and only New York, for purposes of federal diversity jurisdiction.

6. Worklution is a Delaware corporation with its principal place of business in Charlotte, Mecklenburg County, North Carolina. Worklution is therefore a citizen of Delaware and North Carolina, and only Delaware and North Carolina, for purposes of federal diversity jurisdiction.

7. Therefore, complete diversity exists between Worklution and Bromin7. *See* 28 U.S.C. §§ 1332(a)(1) and 1441(b)(2).

8. The amount in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs. In its Verified Complaint and Motion for Temporary Restraining Order, Worklution claims it "has suffered and continues to suffer damages in excess of $25,000, with the specific amount to be proven at trial." Worklution also seeks a preliminary and permanent injunction. The preliminary injunction Worklution seeks would alone result in losses to Bromin7 well in excess of $75,000.

2

9.      Removal to the United States District Court for the Western District of North Carolina, Charlotte Division, is appropriate because the North Carolina Superior Court, Mecklenburg County, is located within this District. *See* 28 U.S.C. § 113(c).

**WHEREFORE,** Defendant Bromin7, Inc., hereby removes the State Court Action to the United States District Court for the Western District of North Carolina, Charlotte Division.

This the 5th day of May, 2026.

s/Jared E. Gardner
Jared E. Gardner (N.C. State Bar Number: 28275)
Mark P. Pincus (N.C. State Bar Number: 59036)
Gardner Skelton, PLLC
3746 N. Davidson Street
Charlotte, North Carolina 28205
Telephone: (704) 335-0350
Fax: (704) 936-0294
E-mail: jared@gardnerskelton.com
E-mail: mark@gardnerskelton.com
*Attorneys for Defendant Bromin7, Inc.*

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing **NOTICE OF REMOVAL** was served this day upon Plaintiff Worklution, Inc., ***via U.S. Mail***, sufficient postage prepaid, addressed as set forth below, and ***via E-mail*** to dgrimes@shumaker.com:

> J. Douglas Grimes
> Shumaker, Loop & Kendrick, LLP
> 101 S. Tryon St., Suite 2200
> Charlotte, NC 28280
> *Attorney for Plaintiff Worklution, Inc.*

This the 5th day of May, 2026.

> s/Jared E. Gardner
> Jared E. Gardner (N.C. State Bar Number: 28275)
> Mark P. Pincus (N.C. State Bar Number: 59036)
> Gardner Skelton, PLLC
> 3746 N. Davidson Street
> Charlotte, North Carolina 28205
> Telephone: (704) 335-0350
> Fax: (704) 936-0294
> E-mail: jared@gardnerskelton.com
> E-mail: mark@gardnerskelton.com
> *Attorneys for Defendant Bromin7, Inc.*

4